IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CALLSTAT SOLUTIONS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MCAFEE, LLC,**<br><br>Defendant. | Case No. 2:21-cv-00352-JRG-RSP<br><br>Patent Case<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Plaintiff Callstat Solutions, LLC ("Plaintiff" and/or "Callstat") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant McAfee, LLC ("Defendant" and/or "McAfee") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days.  Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, up or until January 28, 2022.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: December 30, 2021.          Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

In accordance with Local Rule CV-7(h); The undersigned, counsel for Plaintiff, certifies that on December 29, 2021, he met and conferred with counsel for Defendant regarding this motion and that counsel for Defendant agreed this motion is unopposed.

*/s/Jay Johnson*
**JAY JOHNSON**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Jay Johnson*
**JAY JOHNSON**